IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARYL HEMINGWAY d/b/a          :      CIVIL ACTION
INTERNATIONAL REALTY           :      NO.  14-7036
SOLUTIONS, LLC, et al          :
                               :
            vs.                :
                               :
                               :
LEE MAUGER, ESQUIRE, d/b/a     :
MAUGER & METER, ATTORNEYS      :
AT LAW, et al                  :

ORDER

AND NOW, this 15th day of March, 2016, it is ORDERED that defendants' motion for

summary judgment is GRANTED as to Counts I and III of the amended complaint and those

Counts are DISMISSED.

As to Count II of the amended complaint the motion is DENIED.

It is further ORDERED that the above captioned case can be scheduled for an arbitration

hearing.


*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.       J.