IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYL HEMINGWAY d/b/a | : | CIVIL ACTION |
| INTERNATIONAL REALTY | : | NO. 14-7036 |
| SOLUTIONS, LLC, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| LEE MAUGER, d/b/a | : | |
| MAUGER & METER, ATTORNEYS | : | |
| AT LAW, et al. | : | |

## ORDER

AND NOW, this 30th day of January, 2017, upon consideration of a letter by plaintiffs Daryl and Dave Hemingway, doing business as International Realty Solutions, LLC,[1] Dkt. No. 44, plaintiffs' motion for reconsideration, Dkt. No. 47, the response from defendant, Lee Mauger, doing business as Mauger & Meter, Attorneys at Law,[2] Dkt. No. 48, and plaintiffs' reply, Dkt No. 50, it is ORDERED that plaintiffs' motion for reconsideration is GRANTED and my decision entering judgment in favor of defendants and against plaintiffs, Dkt. No. 45, is AMENDED as follows:

Defendant's motion for summary judgment is DENIED with respect to Count II of plaintiffs' amended complaint.

It is FURTHER ORDERED that this matter shall be listed for trial to commence on April 3, 2017 at 10:00 AM in Courtroom 4A of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, AND:

---

[1] Plaintiffs in this case are Daryl Hemingway d/b/a International Realty Solutions, LLC, Dave Hemingway d/b/a International Realty Solutions, LLC, International Realty Solutions, LLC and International Realty Solutions LLC Series 10.

[2] The defendants in this action are Lee Mauger d/b/a Mauger & Meter, Attorneys at Law, Mauger & Meter, Attorneys at Law and "John Does 1–10."

2

1. Motions in limine or other matters requiring the Court's attention, if any, are to be filed no later than March 13, 2017. Responses to any such motions shall be filed on or before March 20, 2017; and

2. Pretrial memoranda and proposed points for charge and verdict sheets should be filed no later than March 20, 2017.

If the parties believe a settlement conference would be productive they should contact my chambers (215-597-2750) promptly.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.